IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

Miriam LaRosa Edwards

Case Number 16-04537
Chapter 13

Debtor(s)

1755 Rosewell Drive
Rock Hill, SC 29732

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s).,
xxx-xx-9946

TO: ALL CREDITORS AND PARTIES IN INTEREST

　　　　YOU ARE HEREBY NOTIFIED that Miriam LaRosa Edwards is applying for approval to sell the property of the debtor's estate described below free and clear of all liens and encumbrances according to the terms of and conditions stated below.

　　　　TAKE FURTHER NOTICE that any response, return, and/or objection to this application, should be filed with the Court no later than Twenty-one (21) days from the day of service to the application and a copy simultaneously served on all parties in interest.

　　　　TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or an objection is timely filed and served, in which case the Court will conduct a hearing on May 9, 2019, at 10:30 am, at 201 Magnolia Street, Spartanburg, South Carolina 29306

TYPE OF SALE: Private

PROPERTY TO BE SOLD: 1755 Rosewell Dr. Rock Hill, SC 29732

PRICE: $131,000

APPRAISAL VALUE: No current appraisal is available

BUYER: Alik Khlebopros

PLACE AND TIME OF SALE: At the office of the buyer's attorney within a reasonable time following the entry of an order approving this motion.

SALES AGENT/AUCTIONEER/BROKER: No sales agent is anticipated at this time.

COMPENSATION TO SALE AGENT/AUCTIONEER/BROKER/ETC.: No Commissions are anticipated to be paid.

ESTIMATED TRUSTEE'S COMMISSION ON SALE: None

LIENS/MORTGAGES/SECURITY INTEREST ENCUMBERING PROPERTY:
Selene Finance, LP with an approximate payoff of $120,000 to be paid in full at closing.
Cedar Management Group with an approximate balance of $300 owed to be paid in full at closing.

DEBTOR'S EXEMPTION: $53,200

PROCEEDS ESTIMATED TO BE PAID TO ESTATE: None

Applicant is informed and believes that is would be in the best interest of the estate to sell said property by private sale. Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale. The Court may order at any hearing that the property be sold to another party on equivalent or more favorable term.

The Trustee or debtor, as applicable, may seek sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the Court issue an order authorizing sale of said property and such other and further relief as may be proper.

Rock Hill, SC  
April 9, 2019

/s/ F. Lee O'Steen  
F. Lee O'Steen  
O'Steen Law Firm, LLC  
D.C. # 08032  
P.O. Box 36534  
Rock Hill, SC 29732  
(803) 327-5300 phone  
(803) 327-5250 Fax  
Lee@OsteenLawFirm.com

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re:<br><br>Miriam LaRosa Edwards<br><br><br><br>                    Debtor(s)<br><br>1755 Rosewell Drive<br>Rock Hill, SC 29732<br><br>Last four digits of Social-Security or Individual<br>Tax-Payer-Identification (ITIN) No(s).,<br>xxx-xx-9946 | Case Number 16-04537<br>Chapter 13 |

## MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND MEMORANDUM

The undersigned, as attorney for the debtor moves to sell property free and clear of liens. The debtor moves to sell lot and improvements located at 1755 Rosewell Dr. Rock Hill, SC 29732, pursuant to 11 U.S.C. 363 and Bankruptcy Rule 6004. The debtor believes that the buyer is a good faith purchaser. The debtor further believes that this sell is in the best interest of the estate.

Wherefore, debtor(s) pray that the Court will grant this motion and allow the debtor to sell lot and improvements located at 1755 Rosewell Dr. Rock Hill, SC 29732free and clear of liens.

Rock Hill, SC
April 9, 2019

/s/ F. Lee O'Steen
F. Lee O'Steen D.C. # 08032
O'Steen Law Firm, LLC
P.O. Box 36534
Rock Hill, SC 29732
(803) 327-5300 phone
(803) 327-5250 Fax
Lee@OsteenLawFirm.com

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

Miriam LaRosa Edwards

Case Number 16-04537
Chapter 13

Debtor(s)

1755 Rosewell Drive
Rock Hill, SC 29732

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s).,
xxx-xx-9946

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the within **MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND MEMORANDUM** was duly served upon the parties below named, by depositing said papers in the United States Mail at Rock Hill, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below as indicated.

IRS
P.O. Box 21126
Philadelphia, PA 19114

US Attorney For SC for the IRS
1441 Main St. Suite 500
Columbia, SC 29201

Chapter 13 Trustee by Electronic Notice Only

US Department of Justice
P.O. Box 141989
Washington, DC 20044

US Trustee
1835 Assembly St.
Suite 953
Columbia, SC 29201
No Closing Attorney

Date  April 9, 2019

O'Steen Law Firm, LLC
/S/ F. Lee O'Steen
F. Lee O'Steen
District Court Id. # 08032

P.O. Box 36534  
Rock Hill, SC 29732  
(803) 327-5300  
(803) 327-5250 Fax  
Lee@OsteenLawFirm.com  
Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-7<br>Case 16-04537-hb<br>District of South Carolina<br>Spartanburg<br>Tue Apr  9 12:15:41 EDT 2019 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Syndicated<br>Office Systems, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Bank Of America<br>4909 Savarese Cir<br>Tampa FL 33634-2413 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro NC 27420-6012 | Bank of America<br>PO Box 539016<br>Atlanta GA 30353-9016 |
| Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631 - 3785 | Christopher K Baxter<br>Marinosci & Baxter<br>14643 Dallas Parkway<br>Suite 750<br>Dallas, TX 75254-8884 | Carolinas Healthcare System<br>PO Box 32861<br>Charlotte NC 28232-2861 |
| Cedar Management Group<br>PO Box 26844<br>Charlotte NC 28221-6844 | Citibank / Sears<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis MO 63179-0040 | Citibank / Sears<br>Po Box 6283<br>Sioux Falls SD 57117-6283 |
| Comenity Bank/nwyrk&co<br>220 W Schrock Rd<br>Westerville OH 43081-2873 | Comenity Bank/nwyrk&co<br>Po Box 18215<br>Columbus OH 43218 | Miriam LaRosa Edwards<br>1755 Rosewell Drive<br>Rock Hill, SC 29732-8478 |
| Equifax Information Services LLC<br>PO Box 740256<br>Atlanta GA 30374-0256 | Experian<br>PO Box 2002<br>Allen TX 75013-2002 | FHA<br>451 7th Street SW<br>Washington DC 20410-0001 |
| Family Trust Federal Credit Union<br>PO Drawer 10233<br>Rock Hill SC 29731-0233 | (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 | Fedloan Servicing<br>P.O. Box 69184<br>Harrisburg PA 17106-9184 |
| Fedloan Servicing<br>Po Box 60610<br>Harrisburg PA 17106-0610 | George Conits<br>U.S. Attorney General Office<br>55 Beattie Place, Suite 700<br>Greenville SC 29601-2168 | Gretchen D. Holland<br>Ch. 13 Trustee Office<br>20 Roper Corners Circle, Suite C<br>Greenville, SC 29615-4889 |
| Innovation Appartment Homes<br>75 innovation Drive<br>Greenville SC 29607-5291 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | MAF Collection Srvs<br>Po Box 173025<br>Tampa FL 33672-1025 |
| MAF Collection Srvs<br>Po Box 2842<br>Tampa FL 33601-2842 | Travis E. Menk<br>Brock & Scott, PLLC<br>8757 Red Oak Blvd.<br>Suite 150<br>Charlotte, NC 28217-3977 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |

Navient
123 S Justison St Ste 30
Wilmington DE 19801-5363

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr PA 18773-9500

Navient PC Trust
c/o Navient Solutions, Inc.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

North Carolina Department of Revenue
Angela C. Fountain Bankruptcy Manager
Collections Examination Division
P.O. Box 1168
Raleigh NC 27602-1168

F. Lee O'Steen
O'Steen Law Firm, LLC
PO Box 36534
Rock Hill, SC 29732-0509

ONEMAIN
PO BOX 3251
EVANSVILLE, IN 47731-3251

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Rise Credit
4150 International Plaza
Fort Worth TX 76109-4892

Rise Credit
Customer Support
Po Box 101808
Fort Worth TX 76185-1808

Selene Finance, LP
9990 Richmond Avenue
Suite 400 South
Houston, Texas 77042-4546

South Carolina Attorney General
Honorable Alan Wilson
P.O. Box 11549
Columbia SC 29211-1549

South Carolina Department of Revenue
P.O. Box 12265
Columbia SC 29211-2265

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Synchrony Bank/Walmart
Po Box 965024
El Paso TX 79998

Synchrony Bank/Walmart
Po Box 965064
Orlando FL 32896-5064

Terance Crosby
75 Inovation Drive
appt. 7115
Greenville SC 29607-5291

The Charlotte-Mecklenburg Hospital Authority
PO  BOX 71108
CHARLOTTE, NC 28272-1108

Trans Union Corporation
PO Box 2000
Crum Lynne PA 19022

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

U.S. Department of Justice
950 Pennsylvanie Avenue, NW
Washington DC 20530-0001

US Attorney For SC
1441 Main Street
Columbia SC 29201-2862

US Bank National Association, not in its ind
9990 Richmond Ave Suite 400 South
Houston, tx 77042-4546

York County Clerk of Court
PO Box 649
York SC 29745-0649

York County Master in Equity
PO Box 627
York SC 29745-0627

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Farmers Furniture<br>Attn: Corporate Credit<br>P.O. Box 1140<br>Dublin, GA 31040 | (d)Farmers Furniture<br>Attention Bankruptcy<br>Po Box 1140<br>Dublin GA 31040 | (d)Farmers Furniture<br>Po Box 1140<br>Dublin GA 31040 |
| (d)Farmers Furniture - Easley, SC<br>Attn: Corporate Credit<br>P.O. Box 1140<br>Dublin, GA 31040 | (d)Farmers Home Furniture<br>5501 Calhoun Memorial Hwy<br>Easley SC 29640 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| Republic Finance<br>3071 Highway 21 Bypass Ste 108<br>Fort Mill SC 29715 | (d)Republic Finance LLC<br>1140 Roma Ave<br>Hammond, LA 70403 | Springleaf Financial<br>572 John Ross Pkwy Ste 1<br>Rock Hill SC 29730 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America N.A. | (u)Wilmington Trust, not in its individual ca | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients     2<br>Total                 59 |